## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE - WESTERN DIVISION

### CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENTOF DEBTS)

In re **GEORGE WILLIAM MARTIN, JR.,**                    Case No. **16-25869-L**
          Debtor(s)

DEBTOR:        **George William Martin, Jr.**
ADDRESS:       **4646 Nob Hill Dr.**
               **Arlington, TN 38002**


PAYMENT AMOUNT:  **$ 719.00/monthly**


PAYROLL:     **DIRECT PAY (X)**

                                                       **MONTHLY PLAN PMT**

AUTO INSURANCE:    ( X ) Not included in Plan  (   ) Included in Plan        **$-NONE-**
CHILD SUPPORT:     Future support through plan to:                          **$-NONE-**
                   Child support arrearage amount                           **$-NONE-**

**P**RIORITY CREDITORS:        **IRS ($2,927.00)**                  $    49.00
                               **Illinois Dept. of Revenue ($655.00)**   $    11.00
                               **Illinois Tollway ($281.00)**       $     5.00

**HOME MORTGAGE:**   If no arrearage, ongoing payments are to be paid directly by the debtor(s).
                               Ongoing pmt. Begin                  **$-NONE-**
                               Approx. arrearage                   **$-NONE-**


**SECURED CREDITORS:** Adequate protection payments will be 25% (¼) of proposed monthly payments.
     NAME              BALANCE OR VALUE   INTEREST RATE        MONTHLY PAYMENT
     **Infiniti Financial Services $32,000.00**        .9%                 **$ 556.00**

**SPECIAL CLASS UNSECURED:**                                **$-NONE-**

**PERCENTAGE TO UNSECURED CREDITORS**:   ABSENT A SPECIFIC COURT ORDER
OTHERWISE, ALL CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE,
SHALL BE PAID AS GENERAL UNSECURED DEBTS.   GENERAL UNSECURED CREDITORS
WILL RECEIVE A PERCENTAGE **TO BE DETERMINED BY TRUSTEE %**.

**DURATION OF PLAN**:   PLAN WILL TERMINATE APPROXIMATELY **60** MONTHS FROM
CONFIRMATION

ADEQUATE PROTECTION PAYMENT WILL BE ¼ (25%) OF PROPOSED CREDITOR MONTHLY
PAYMENT.

FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED
ACCEPTANCE OF PROPOSED PLAN TREATMENT.

DEBTOR'S ATTORNEY:          **J. W. Vaughan, Jr. #15321**
                           **jvaughan@comcast.net**
                           **5104 Stage Road**
                           **Memphis, TN   38134**
                           **(901) 857-1558**